FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 23 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00319-BNB

ROBERT WILLIAM HILL,

    Plaintiff,

v.

DENNIS JAMES HALL, Jefferson County Combined Court, Division # 5,
ATTORNEY AMBER ST. CLAIR, State of Colorado Alternate Defense Counsel,
PROBATION OFFICER CARA WAGNER, Jefferson County Department of Probation,
JOHN DOE, Jefferson County Collections Department,
DISTRICT ATTORNEY TIM LANE, State of Colorado Jefferson County Office of the District Attorney, and
JOHN DOE AND JANE DOE 1-10,
All Named Defendants Sued in their Official and Individual Capacities,

    Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiff, Robert William Hill, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Sterling Correctional Facility in Sterling, Colorado. Mr. Hill filed a *pro se* Prisoner Complaint pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983 on March 11, 2011. By order dated March 15, 2011, Magistrate Judge Boyd N. Boland granted Mr. Hill leave to proceed pursuant to § 1915. He further directed Mr. Hill to pay an initial partial filing fee of $17.00 within thirty days. Mr. Hill paid the initial partial filing fee on March 29, 2011.

On April 26, 2011, Magistrate Judge Boland determined that the Complaint was deficient because it named improper parties, failed to comply with Rule 8 of the Federal Rules of Civil Procedure, and failed to allege the personal participation of each named

defendant. Therefore, Mr. Hill was directed to file an amended complaint. Mr. Hill was warned that the action would be dismissed without further notice if he failed to file an amended pleading within thirty days.

Mr. Hill filed a motion for an extension of time to file the amended complaint on May 25, 2011, which Magistrate Judge Boland granted by minute order dated May 26, 2011. The May 26 minute order directed Mr. Hill to file an amended complaint on or before June 20, 2011. Mr Hill was again warned that his failure to file an amended complaint within the time provided would result in the dismissal of this action without further notice.

Mr. Hill has now failed to file an amended complaint within the time provided, and he has not communicated with the Court since May 25, 2011. Therefore, the Complaint and action will be dismissed without prejudice. Accordingly, it is

ORDERED that the Complaint and this action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to file an amended pleading within the time allowed. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __23rd__ day of ____June____, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00319-BNB

Robert William Hill
Prisoner No. 151787
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 23, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk